IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3097 |
| v. | ) | |
| FREDRICK NATION, | ) | ORDER |
| Defendant. | ) | |

I have received a "correction of sentence" motion (filing no. 129) from the defendant. It is unsigned. Accordingly,

IT IS ORDERED that:

(1) The correction of sentence motion (filing no. 129) is denied without prejudice.

(2) The Clerk shall provide the defendant with the form for filing a motion to vacate, set-aside or correct sentence under 28 U.S.C. § 2255. The defendant is instructed to fill out and file that form if he seeks to attack the length of his sentence or his supervised release.

DATED this 13th day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge