IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3097 |
| v. | ) | |
| FREDERICK NATION, | ) | **JUDGMENT** |
| Defendant. | ) | |

IT IS ORDERED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is denied and dismissed with prejudice. No certificate of appealability has been or will be issued.

DATED this 29th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge